Javier Pedroza #01290-579
Fee USP Beaumont
P.O Box 26030
Beaumont TX 77720

ATTN: David A. O'Toole, Clerk
United State District court
Eastern District Court of Texas
104 North third street
Lufkin TX, 75901

RE: Cause NO: 1:22 cv 449

Dear Judge, Truncale / Hawthorn

Begging the courts pardon

My Name is Javier Pedroza #01290-579 Im currently a Resident of USP Beaumont in unit-DA and this is my Plea for your Aid and intervention, not only am I witness to the neinous, unlawfull Acts being committed in this house of horrors, But a victim of them as well, Im Being held captive on unit DA Allowed only hour out of my cell for Every 168 hours within and that hour a week Broken into increment of 3, 20 minutes periods. Making one choose between a shower a telephone call or the Law Library for 20 minutes and that only the beginning of theese many injustices, I have been physically and medically neglected, Verbally assaulted and Psychologically tormented with no administrative Remedy press to speak of I am left defenceless to the inhumane and Tourturous Tyranny of the USP Beaumont

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 26 2023
DEPUTY

Staff and administration. In my case this happed FRom July 26, 2022 TO April 10th, 2023 then supposedly they Turned DA To a (SHU) specil Housing Unit. From that Day of April 10th it has Becomed even worse, For the Staff and administration has retaliated again us and have not let us out our cells at all for nothing. It stared on march Tenth when they come and took our sheets and Blankets and Issued us all orange, on march 12th they took our Lockers then on the next day march 13th They took our light and installed light that only they can control. On the 15th of march they gave us shirts, socks, and Boxers, and left us wearing nothing But underwear untill the 17th when they Finally gave us one short to wear. then to make matters even worse on march 24th they did a major shake down and took all our personal property and left us with nothing all this in clear Retaliation of the civil Action case # 1:22cv444 only in shower's can we phisically come out of the Cell, and that in hand cuffed in the back. But no Ree, no phone call at All It became worst as the days go on they find little ways to make our life unbearable, they shake us down and tear up what little property we have if we do deside to shower

Thus, Provoking us to refuse, for fear of further Retaliation. But the torture continues verually and psychologically. My Depresion has intensified for being held captive with no phone call, no Recreation and never allowed outside the cell, Like some modern day torture, its so bad I have contenplated, I'm not okay mentally please help. I pray this letter makes it to you for the SAKE of Justice, Thank You for your Attetion in this matter

RESPECTFULLY, April 24, 2023

Javier Pedroza #01290-579

P.S

Please confirm that the court has received my letter, for it is know that Beaumont staff and administration prevent Legal mail, From reaching the courts by throwing Legalmail in the trash in attemp to cover up their wrong doing

Javier Pedroza #01200-529
Federal Correctional Complex
United States Pennitentiary, Beaumont
P.O Box 26030
Beaumont, TX 77720

NORTH HOUSTON TX 773
24 APR 2023 PM 4 L



CLERK, U.S. DISTRICT COURT
RECEIVED
APR 26 '23
EASTERN DISTRICT OF TEXAS
LUFKIN, TEXAS

CLERK of The court
David A. O'Toole
United State District court of Texas
Eastern District of Texas
104 North Third Street
Lufkin, Texas 75901

75901-989135